CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 28 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 5:07CR00063 |
| | ) (Case No. 5:10CV80283) |
| v. | ) |
| | ) **FINAL JUDGMENT AND ORDER** |
| | ) |
| ISRAEL HERNANDEZ-HERNANDEZ, | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant. | ) |

For the reasons stated in the memorandum opinion entered this day, it is

**ADJUDGED AND ORDERED**

that the motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED** as untimely, and the action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this judgment and order to the defendant.

ENTER: This 28th day of October, 2010.

_____
Chief United States District Judge